[Nos. 22708-1-III; 22732-4-III;    Division Three.    September 8, 2005.]
22817-7-III.

BENJAPON SAKKARAPOPE, *Appellant*, v. THE BOARD OF REGENTS
OF WASHINGTON STATE UNIVERSITY ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for
Whitman County, No. 03-2-00168-4, David Frazier, J., entered January 16 and 29, and March 5, 2004. *Affirmed*
by unpublished opinion per Brown, J., concurred in by
Schultheis and Kurtz, JJ.

[No. 22778-2-III.    Division Three.    September 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE MARIE
HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 03-1-00332-3, Michael E. Schwab, J., entered
February 2, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kurtz, J.;
Sweeney, A.C.J., concurring separately.

[No. 22895-9-III.    Division Three.    September 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW L. TRAPP,
*Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 03-1-00513-5, Lesley A. Allen, J., entered May
6, 2004. *Affirmed* by unpublished opinion per Kato, C.J.,
concurred in by Kurtz and Brown, JJ.

[No. 23330-8-III.    Division Three.    September 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN THOMAS
LETTS, *Appellant*.

Appeal from a judgment of the Superior Court for
Douglas County, No. 03-1-00229-5, John Hotchkiss, J.,
entered August 16, 2004. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, A.C.J., and
Kurtz, J.